

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Date: October 24, 2016

RE: Wilson v. Portfolio Recovery Associates, LLC.
MDL No. 2295
USDC Case No. 16cv8658

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/24/2016

- Was electronically transmitted to: The Southern District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk
By: /s/   S. Nelson
Deputy Clerk

Enclosures

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties