**UNITED STATES DISTRICT COURT**

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557−5600
Fax: (619) 702−9900

FILED
1/8/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Morrill,
Clerk of Court

January 4, 2024

Clerk, U.S. District Court
District of Illinois Northern District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Re: Sheila J. Wilson v. Portfolio Recovery Associates LLC, Case No. 3:16−cv−02639−JAH−BGS

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ J. M. Olsen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PORTFOLIO RECOVERY ASSOCIATES,
LLC, TELEPHONE CONSUMER PROTECTION ACT
(TCPA) LITIGATION

MDL No. 2295

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**



FILED
Dec 29 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JulieOlsen  DEPUTY

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 08, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

I hereby attest and certify on __Dec 29. 2023__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Olsen
    Deputy

C

**IN RE: PORTFOLIO RECOVERY ASSOCIATES,
LLC, TELEPHONE CONSUMER PROTECTION ACT
(TCPA) LITIGATION**  MDL No. 2295

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| CAS | 3 | 15−01449 | AZ | 2 | 15−00841 | Matos v. Portfolio Recovery Associates LLC |
| CAS | 3 | 13−00791 | AZ | 3 | 12−08187 | Skarbakka et al v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17−01472 | CAC | 2 | 17−04260 | Tamara Morris et al v. Portfolio Recovery Associates LLC et al |
| CAS | 3 | 13−01037 | CAC | 5 | 13−00159 | Rosie Lara v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14−01492 | CAC | 5 | 14−00998 | Deon Thomas v. Portfolio Recovery Associations, LLC |
| CAS | 3 | 14−01493 | CAC | 5 | 14−00999 | Deon Thomas v. Portfolio Recovery Associations, LLC |
| CAS | 3 | 14−01701 | CAC | 5 | 14−01254 | Deon Thomas v. Portfolio Recovery Associations LLC |
| CAS | 3 | 15−02618 | CAC | 8 | 15−01768 | Jacqueline Taylor v. Portfolio Recovery Associates LLC |
| CAS | 3 | 16−02281 | CAC | 8 | 16−01539 | Michelle Truong v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−00299 | CAN | 3 | 14−05175 | Herrero v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02007 | FLM | 2 | 16−00124 | Piller v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−00303 | FLM | 3 | 13−01588 | Neese v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−00480 | FLM | 3 | 14−00010 | Phan v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16−01848 | FLM | 3 | 16−00731 | Ashe v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02532 | FLM | 5 | 16−00570 | Whitler v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~11−03006~~ | ~~FLM~~ | ~~6~~ | ~~11−00582~~ | ~~Harvey v. Portfolio Recovery Associates, LLC~~ Vacated 12/8/23 |
| CAS | 3 | 15−02432 | FLM | 6 | 15−01587 | Nichols v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02489 | FLM | 6 | 16−01563 | Chrisman v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13−01987 | FLM | 8 | 13−01790 | Domingo v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13−01988 | FLM | 8 | 13−01791 | Seay v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13−02416 | FLM | 8 | 13−02146 | Renfrow v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−00039 | FLM | 8 | 13−03044 | Gaza v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−01640 | FLM | 8 | 13−03061 | Shearer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−01936 | FLM | 8 | 14−01679 | Turner v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−01108 | FLM | 8 | 15−01004 | Williams v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02292 | FLM | 8 | 15−02074 | McPherson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02381 | FLM | 8 | 15−02200 | Streeter v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−00772 | FLM | 8 | 16−00128 | Stevenson v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16−02938~~ | ~~FLM~~ | ~~8~~ | ~~16−03029~~ | ~~Crayder v. Portfolio Recovery Associates, LLC.~~ Vacated 12/8/23 |
| CAS | 3 | 17−01411 | FLM | 8 | 17−01190 | Heller v. Bank of America, N.A. et al |
| CAS | 3 | 17−01471 | FLM | 8 | 17−01436 | Stroud v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17−01545 | FLM | 8 | 17−01615 | Moya v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01726 | FLM | 8 | 17−01734 | Royal v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01658 | FLN | 3 | 17−00499 | ANDREWS v. PORTFOLIO RECOVERY ASSOCIATES,LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 13−01773 | FLS | 0 | 13−61156 | Deering v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~14−00775~~ | ~~FLS~~ | ~~0~~ | ~~14−60348~~ | ~~Greengrass v. Portfolio Recovery Associates LLC~~ Opposed 12/6/23 |
| ~~CAS~~ | ~~3~~ | ~~14−01443~~ | ~~FLS~~ | ~~0~~ | ~~14−61054~~ | ~~Bengochea v. Portfolio Recovery Associates LLC~~ Opposed 12/6/23 |
| CAS | 3 | 15−02218 | FLS | 0 | 15−61740 | Robinson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02411 | FLS | 0 | 16−62102 | Longa v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16−02924~~ | ~~FLS~~ | ~~0~~ | ~~16−62640~~ | ~~Mather v. Portfolio Recovery Associates, LLC et al~~ Opposed 12/6/23 |
| CAS | 3 | 17−00291 | FLS | 0 | 17−60042 | Benjamin v. Portfolio Recovery Associates, LLC et al |
| CAS | 3 | 13−00708 | FLS | 1 | 13−20559 | Waxman v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−02206 | FLS | 1 | 14−22649 | Hines v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02217 | FLS | 1 | 15−23096 | Lawrence v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−00205 | FLS | 1 | 15−24381 | Delalue v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16−03076~~ | ~~FLS~~ | ~~1~~ | ~~16−25096~~ | ~~Cutler v. Portfolio Recovery Associates, LLC~~ Vacated 12/8/23 |
| CAS | 3 | 17−00093 | FLS | 1 | 16−25327 | Augustin v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13−00709 | FLS | 2 | 13−14071 | Manasse v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 12−00574 | FLS | 9 | 11−80778 | Suarez et al v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−02393 | FLS | 9 | 14−81131 | Laurore v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−00767 | FLS | 9 | 15−80114 | Neill v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01278 | GAM | 5 | 17−00065 | CLAIBORNE v. PORTFOLIO RECOVERY ASSOCIATES LLC |
| ~~CAS~~ | ~~3~~ | ~~11−03007~~ | ~~GAN~~ | ~~1~~ | ~~11−00624~~ | ~~Bartlett v. PRA Group, Inc.~~ Vacated 12/8/23 |
| CAS | 3 | 16−02418 | GAN | 1 | 16−03318 | Branca v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~11−03057~~ | ~~ILN~~ | ~~1~~ | ~~11−00524~~ | ~~Frydman v. Portfolio Recovery Associates, LLC~~ Opposed 12/6/23 |
| CAS | 3 | 13−01260 | ILN | 1 | 13−01935 | Pasquesi et al v. PRA Group, Inc. |
| CAS | 3 | 13−02524 | ILN | 1 | 13−04648 | Momient v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14−00384 | ILN | 1 | 13−06583 | Laboy v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14−02714 | ILN | 1 | 14−07299 | Nikolov v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−01107 | ILN | 1 | 15−02765 | Rejkowski v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02158 | ILN | 1 | 15−05663 | Winiecki v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02639 | ILN | 1 | 16−08658 | Wilson v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 17−00435 | ILN | 1 | 17−00566 | Newcomb v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00454 | ILN | 1 | 17−00649 | Hernandez v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00750 | ILN | 1 | 17−01806 | Wing v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17−01546 | ILN | 1 | 17−04938 | Calkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01661 | ILN | 1 | 17−04941 | Dillard v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02404 | ILS | 3 | 15−00779 | Suggs v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02124 | ILS | 3 | 16−00767 | Heusohn v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00447 | INS | 4 | 17−00025 | CATHEY v. PORTFOLIO RECOVERY ASSOCIATES, LLC |
| CAS | 3 | 17−00998 | MD | 1 | 17−01158 | Millspaugh v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−00777 | MIE | 2 | 14−10139 | Thompson v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 16−00333 | MIE | 2 | 15−13448 | Alzner v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~13−01245~~ | ~~MIE~~ | ~~5~~ | ~~13−11870~~ | ~~Merli v. Portfolio Recovery Associates, L.L.C.~~ Opposed 12/6/23 |
| CAS | 3 | 13−01893 | MIE | 5 | 13−13044 | Morales v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−00052 | MIE | 5 | 15−13397 | Gough v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−01308 | MIW | 1 | 15−00398 | Hinton v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 17−00382 | MIW | 1 | 16−01369 | Hatfield v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01310 | MIW | 1 | 17−00043 | Vsetula v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00621 | MIW | 1 | 17−00045 | Richards v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01311 | MIW | 1 | 17−00110 | Vance v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00737 | MIW | 1 | 17−00179 | Bowyer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01824 | MIW | 1 | 17−00667 | Peacock v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−01283 | MIW | 1 | 17−80065 | Wing v. Portfolio Recovery Associates, LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 13−00391 | MIW | 2 | 12−00409 | Baker v. PRA Group, Inc. |
| CAS | 3 | 16−01446 | MN | 0 | 16−01134 | Jackson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00896 | MOE | 4 | 17−01344 | Nolting v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17−00298 | MOW | 4 | 16−01285 | Kiefer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13−00029 | NCW | 5 | 11−00136 | Hubbard v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02250 | NE | 8 | 16−00178 | Heuertz v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14−01951 | NV | 2 | 14−01217 | Spencer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−01057 | NV | 2 | 16−00509 | Patterson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02279 | NV | 2 | 16−01909 | Rohde v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 15−01350 | NYE | 1 | 15−02913 | Tipoo v. Portfolio Recovery Associates, LLC et al |
| CAS | 3 | 15−01109 | NYE | 2 | 15−01361 | Jenkins v. Portfolio Recovery Associates LLC |
| CAS | 3 | 15−01093 | NYE | 2 | 15−02415 | Jenkins v. Portfolio Recovery Associates LLC |
| CAS | 3 | 15−01822 | NYE | 2 | 15−03812 | Treshman et al v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 15−02291 | NYE | 2 | 15−04089 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02290 | NYE | 2 | 15−04090 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02851 | NYE | 2 | 15−06697 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−01019 | NYN | 6 | 15−00359 | Conine v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16−00866 | NYS | 1 | 16−00421 | Bromberg v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 15−01183 | NYW | 1 | 15−00245 | Sutton v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−02076 | NYW | 1 | 15−00694 | Ciesla v. Forster & Garbus, LLP. et al |
| CAS | 3 | 16−00141 | NYW | 1 | 15−01032 | Small v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 14−01305 | OHN | 3 | 14−00790 | Engels v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~12−02127~~ | ~~OKE~~ | ~~6~~ | ~~12−00292~~ | ~~Lowe et al v. PRA Group, Inc.~~ Opposed 12/6/23 |
| CAS | 3 | 12−02538 | PAE | 2 | 12−05344 | Weyant v. Portfolio Recovery Associates et al |
| CAS | 3 | 12−02539 | PAE | 2 | 12−05345 | Parris v. Portfolio Recovery Associates et al |
| CAS | 3 | 17−00715 | PAM | 1 | 16−02418 | Hoover v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−00231 | PAM | 5 | 12−07246 | Bauer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−00128 | PAW | 2 | 14−01745 | GOEHST v. PORTFOLIO RECOVERY ASSOCIATES, LLC |
| ~~CAS~~ | ~~3~~ | ~~12−01389~~ | ~~TNM~~ | ~~3~~ | ~~11−01097~~ | ~~McCormick et al v. Portfolio Recovery Associates, LLC~~ Opposed 12/6/23 |
| CAS | 3 | 15−00926 | TNM | 3 | 15−00177 | Cunningham v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−00843 | TXN | 3 | 15−00802 | Vasquez v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16−02109 | TXN | 3 | 16−02204 | Harrington v. Portfolio Recovery Associates LLC |
| CAS | 3 | 16−02553 | TXN | 3 | 16−02404 | Terrell v. Portfolio Recovery Associates LLC |
| CAS | 3 | 13−02271 | VAE | 2 | 13−00159 | Coats v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15−00119 | VAE | 3 | 14−00865 | Miller v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16−02544 | VAW | 7 | 16−00357 | Ornes v. Fredrickson et al |
| CAS | 3 | 14−00001 | WVS | 6 | 13−29857 | Robert v. Portfolio Recovery Associates, L.L.C. |