UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA J. WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:16-cv-08658 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) Honorable Judge Charles Petros Kocoras |
| Defendant. | ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's January 30, 2024 Order [Dkt. 16], the Parties hereby submit the following Joint Status Report:

1. On September 2, 2016, Plaintiff filed the instant action seeking redress for Defendant's alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), the Telephone Consumer Protection Act ("TCPA"), and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA").

2. Plaintiff alleges that Defendant's conduct in an attempting to collect that was discharged in bankruptcy violated the FDCPA, TCPA, and the ICFA.

3. On October 24, 2016, the case was transferred to the Southern District of California pursuant to an order entered by the MDL Judicial Panel. [Dkt. 13]

4. The case was engulfed into the MDL in California due to Plaintiff's TCPA claim, which was subject to MDL proceedings in California.

5. After a protracted litigation on the TCPA claim, the Court granted judgment for PRA on Plaintiff's TCPA claims.

6. On December 8, 2023, the case was remanded to this Court. [Dkt. 14]

7. The remaining claims in this case are the FDCPA and ICFA claims.

8. Given the age of this case, PRA has requested that Plaintiff's counsel confirm its client's interest in prosecution of the same and sought deposition dates from Plaintiff in connection with this inquiry. Accordingly, the Parties respectfully request that the Court give the Parties 28 days to explore these inquiries.

9. To the extent the Parties are unable to resolve the case in the next 28 days, the Parties propose to submit a proposed scheduling order for the Court's consideration.

Respectfully Submitted,

.

/s/ Mohammed O. Badwan
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
mbadwan@sulaimanlaw.com
(630) 575-8180
*Counsel for Plaintiff*


/s/ Avanti Bakane
Avanti D. Bakane
Gordon Rees Scully Mansukhani, LLP.
One North Franklin, Suite 800
Chicago, IL 60606
(312) 565-1400
abakane@gordonrees.com
*Counsel for Defendant*